J. S. NEWBAUER & BRO. v. E. JOSEPH.

(No. 1223, Op. Book No. 3, p. 444.)

APPEAL from Washington County. Opinion by WHITE,
P. J.

§ 86. *Appeal bond.* An appeal bond which was made
payable to J. S. N. and E. N., without naming them
appellees, when the appellees in the suit were J. S. N. &
Bro., and there is nothing in the record to show that the
firm was composed of J. S. N. and E. N., was held to be
fatally defective, and did not give the appellate court
jurisdiction of the case, and that it was not permissible
to cure the defect by filing a new bond. [King v. Hop-
kins, 42 Tex. 48.]

February 2, 1881.          Reversed and remanded.

---

E. & J. STONE v. E. & J. MARTIN.

(No. 683, Op. Book No. 3, p. 445.)

ERROR from Johnson County. Opinion by WINKLER, J.

§ 87. *Jurisdiction; transfer of case.* When a suit was
pending in the district court at the time of the enact-
ment of the law organizing the county courts, of which
suit the county court, under the new law, had jurisdic-
tion, it was held that the jurisdiction of the district court
over said suit, to issue process therein, continued until
an order was made therein transferring the case to the
county court.

February 2, 1881.                              Affirmed.